UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| MERCEDES BENZ USA LLC,<br>Plaintiff,<br><br>v.<br><br>DANIEL BOMBARDIER,<br><br>Defendant. | 2:19-CV-10951-AC-EAS<br>Honorable Avern Cohn<br>District Court Judge<br><br>Honorable Elizabeth A. Stafford<br>Magistrate Judge<br><br>**DECLARATION OF DEFENDANT DANIEL BOMBARDIER IN SUPPORT OF MOTION TO DISMISS** |

I, Daniel Bombarider, hereby declare as follows:

1. I am a defendant in this action. I have personal knowledge of the facts set forth herein, and if called to testify, could and would competently do so.

2. I am an artist, and I produce works under the pseudonym Denial. In 2017 I created a mural on Mike's Coney Island Restaurant, at 2719 Russell Detroit, MI 48207 as part of the annual Murals in the Market art festival in downtown Detroit.

3. The mural I created for the festival is not registered with the United States Copyright Office, and I have not applied for registration of the mural.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 23, 2019, at Detroit, Michigan.

/s/
_____
Daniel Bombardier

## Certificate of Service

I certify that on April 24, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the EFC system which sends notification of such filing to all counsel of record.

/s/ Lisa Kwiecinski
Lisa Kwiecinski
Legal Assistant
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple Road, 3rd Floor
Birmingham, MI 48009
(248) 646-8292
lkwiecinski@lippittokeefe.com

{00304803}